IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| COURTNEY CONN,<br>Individually and Representative of the<br>Estate of Y.V., a minor | : | Case No. 3:12-cv-247 |
| | | District Judge Walter H. Rice<br>Magistrate Judge Michael J. Newman |
| Plaintiff, | | |
| vs. | : | |
| WHOLE SPACE INDUSTRIES<br>COMPANY, LTD, *et.al.*, | | |
| Defendants. | : | |

## ENTRY AND ORDER DISMISSING WITHOUT PREJUDICE DEFENDANTS WHOLE SPACE INDUSTRIES, LTD. (DELAWARE), BOB HOLLANDER ASSOCIATES, AND MICHAEL HOLLANDER

Pursuant to the stipulation signed by counsel for Plaintiff and counsel for Defendants Meijer, Inc., Whole Space Industries, Ltd. (Delaware), and Charles and Shirley Hamilton (Doc. #31), the Court hereby **DISMISSES WITHOUT PREJUDICE** Defendants Whole Space Industries, Ltd. (Delaware), Bob Hollander Associates, and Michael Hollander. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk shall **TERMINATE** these Defendants -- Whole Space Industries, Ltd. (Delaware), Bob Hollander Associates and Michael Hollander -- upon the docket sheet of this case. Plaintiff's claims against all remaining Defendants shall continue.

January 23, 2013

WALTER HERBERT RICE, JUDGE
UNITED STATES DISTRICT COURT