IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

COURTNEY CONN, Individually
and as Representative of the
Estate of Y.V., a minor

    Plaintiff,           :   Case No. 3:12-cv-247

    v.                      JUDGE WALTER H. RICE

WHOLE SPACE INDUSTRIES
CO., LTD., *et al.*,

    Defendants.

---

DECISION AND ENTRY ADOPTING IN FULL THE UNITED STATES
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (DOC.
#37); SUSTAINING PLAINTIFF'S MOTION TO REMAND (DOC. #15);
REMANDING CASE TO CLARK COUNTY COURT OF COMMON
PLEAS; TERMINATION ENTRY

---

On January 24, 2013, Magistrate Judge Michael J. Newman issued a Report and Recommendation, Doc. #37, recommending that the Court sustain Plaintiff's Motion to Remand, Doc. #15, and that the above-captioned case be closed. No objections to the Report and Recommendation have been filed within the time allotted.

Based on the reasoning and citations of authority set forth in the Report and Recommendation, as well as a thorough *de novo* review of the case file and the applicable law, said judicial filing, Doc. #37, is ADOPTED in its entirety. The Court

SUSTAINS Plaintiff's Motion to Remand, Doc. #15, and REMANDS this case to the Clark County Court of Common Pleas.

The Clerk of Court shall mail a certified copy of this Decision and Entry to the Clerk of Court of the Clark County Court of Common Pleas.

This case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: February 19, 2013

WALTER H. RICE
UNITED STATES DISTRICT JUDGE